UNITED STATES of America,
Plaintiff–Appellee,

v.

Joshua M. BRYANT, Defendant–
Appellant.

No. 11–10689
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Sept. 30, 2011.

Terry Flynn, U.S. Attorney's Office, Tallahassee, FL, Robert G. Davies, Thomas F. Kirwin, Stephen P. Preisser, U.S. Attorney's Office, Pensacola, FL, for Plaintiff–Appellee.

Chet Kaufman, Randolph P. Murrell, Federal Public Defender's Office, Tallahassee, FL, Randall Lockhart, Federal Public Defender Office, Pensacola, FL, for Defendant–Appellant.

Before BARKETT, HULL and MARCUS, Circuit Judges.

PER CURIAM:

Chet Kaufman, appointed counsel for Joshua M. Bryant in this direct criminal appeal, has moved to withdraw from further representation of the appellant and has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no issues of arguable merit, counsel's motion to withdraw is **GRANTED,** and Bryant's convictions and sentences are **AFFIRMED.**